

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-00006-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH CURTIS MORRISON, JR., | |
| Defendant. | |

Upon the Defendant's Motion for Leave to File Under Seal L.R. 5.1 (Doc. 42), a report pertaining to the Defendant, and for good cause appearing,

IT IS HEREBY ORDERED that said Motion is GRANTED and the document pertaining to the Defendant shall be filed under seal.

The clerk is directed to notify counsel of the entry of this Order.

DATED this _1st_ day of November, 2016.

SUSAN P. WATTERS
United States District Judge